```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KAREN A. ESCOBAR
    MARLON COBAR
 3  Assistant U.S. Attorneys
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```

FILED
AUG 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 1:09MJ00204 SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | APPLICATION TO UNSEAL CRIMINAL |
| ) | COMPLAINT AND ARREST WARRANT AND |
| ) | PROPOSED ORDER |
| RAMON SANCHEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceedings.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: August 19, 2009

Respectfully submitted,

LAWRENCE G. BROWN
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

So ordered.

DATED: 8/19/08

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. Magistrate Judge

1